# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **LAURA ROGAN,** | ) <br> ) <br> ) **Case No.: 1:18-cv-02808-CMA-** |
| Plaintiff. | ) **KMT** <br> ) |
| v. | ) <br> ) |
| **MIDLAND CREDIT MANAGEMENT,** | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: February 10, 2020        By: */s/ Joseph C. Hoeffel*
                                                           Joseph C. Hoeffel, Esquire
                                                           Kimmel & Silverman, P.C.
                                                           30 E. Butler Pike
                                                           Ambler, PA 19002
                                                           Phone: (215) 540-8888
                                                          Fax: (877) 788-2864
                                                          Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Jamie N. Cotter, Esquire
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
jcotter@spencerfane.com
Attorney for Defendant

Dated: February 10, 2020          By: */s/ Joseph C. Hoeffel*
                                      Joseph C. Hoeffel, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: jhoeffel@creditlaw.com