**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| LAURA ROGAN, | § |
| | § |
| Plaintiff, | § Civil Action No. 1:18-cv-02808-CMA-KMT |
| | § |
| v. | § |
| | § |
| MIDLAND CREDIT MANAGEMENT, | § |
| | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Jamie N. Cotter | */s/* Joseph C. Hoeffel |
| Jamie N. Cotter, Esq. | Joseph C. Hoeffel, Esq. |
| Spencer Fane, LLP | Kimmel & Silverman, P.C. |
| 1700 Lincoln Street | 30 East Butler Pike |
| Suite 2000 | Ambler, PA 19002 |
| Denver, CO 80203 | Phone: 215-540-8888 |
| Phone: 303-839-3838 | Fax: 215-540-8817 |
| Email: jcotter@spencerfane.com | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: April 10, 2020 | Date: April 10, 2020 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Jamie N. Cotter, Esq.
Spencer Fane, LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203
Phone: 303-839-3838
Email: jcotter@spencerfane.com
Attorney for the Defendant

Dated: April 10, 2020                    By: /s/ Joseph C. Hoeffel
                                         Joseph C. Hoeffel, Esq.
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Avenue
                                         Ambler, PA 19002
                                         Tel: 215-540-8888
                                         Fax: 215-540-8817
                                         Email: jhoeffel@creditlaw.com
                                         Attorney for Plaintiff